THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CONTES SANTIAGO, JACQUELINE

DEBTORS

CASE NO: 19-01940 ESL

CHAPTER 13

## CERTIFICATE OF SERVICE
## RE: AMENDED CHAPTER 13 PLAN
## DATED JULY 8, 2019 DOCKET #21

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtors, certify that on July 11, 2019, a true copy of the Debtor's Amended Chapter 13 Plan, docket #21, was sent via U.S. Postal Service certified mail #7017 1070 0001 0598 0776, to the following:

**Pend Fed Credit Union through its president/CEO, Mr. James Schenck at 7940 Jones Branch Drive Mc Lean VA 22102.**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of July, 2019.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR THE DEBTOR
PO BOX 0186 CAGUAS PR 00726
TEL. NO. (787) 744-7699/FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com

