# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

JACQUELINE CONTES SANTIAGO

DEBTOR

CASE NO. 19-01940/ESL

CHAPTER 13

## DEBTOR'S MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM 2020 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, JACQUELINE CONTES SANTIAGO,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated September 20, 2019, provides that Debtor's tax refunds will be paid into the Plan.

2. The Debtor has received her 2020 tax refund in the amount of $760.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2020 tax refund on March 15, 2021, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: car repairs expenses in the sum of $792.09. Attached is copy of car repairs estimate/invoice.

4. The Debtor needs to use the funds from the 2020 "tax refund" to pay for this reasonable expense. Furthermore, the Debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $175.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2020 tax refund by the Debtor to pay for the above-stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, Jacqueline Contes Santiago, to the address of record: Villa del Rey 5 A11 38 Street, Caguas PR 00727.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th days of March 2021.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 /787-963-7699
Email: rfc@rfigueroalaw.com

WESTERN AUTO CAGUAS #2 FIPS 0      **INVOICE 0104364**     Scan to RESUME transaction
PLAZA DEL CARMEN S/C
CAGUAS, PR 00725
(787)744-8721

Vehicle   B#130082#2015#HYUNDAI#SONATA#

*R804310104364*

Mileage    Tag #    VIN

Tire Serial #

Contes, Jacqueline
CA
CAGUAS PR 00725
(787)638-7602

Cust#: 7495034351    Salesperson: 93402    PO#:    Date: 3/15/2021    Time: 6:35PM

| QTY | SKU/CODE | TECH | DESCRIPTION | PART NO | VEHICLE | PRICE | EXTENDED T |
|---|---|---|---|---|---|---|---|
| 2 | 11464723 | | Painted rotor 1 EA C | YH539668P | B#130082#2015#HYUND/ | 77.99 | 155.98 * |
| 1 | 11162259 | | BRAKE PADS-PROF PLAT | PXD1803H | B#130082#2015#HYUND/ | 64.99 | 64.99 * |
| 1 | 9800018 | | estimado de piezas | LABOR6 | B#130082#2015#HYUND/ | 0.00 | 0.00 |

Taxable Total: 220.97
Non Taxable Total: 0.00
State Tax: 23.20
Reduced State Tax: 0.00
Mun. Tax: 2.21
Total: 246.38

*** THIS IS NOT A RECEIPT ***
Page 1 of 1
*** CUSTOMER COPY ***

```
WHS   365 CAGUAS
      990239                    |||||| UPC CODE ||||||

ECOPIA EP422+
215/65R16 98T        BW
GRAND TOURING A/S

*   98T (Performance T)         * BAN 006-087
*** UTQG Rating 640/A/B         * Smooth, Comfortable Ride
*   Silica Technology           * Nano ProTech Technology
*   70,000 Mile Warranty        *

                                           131.99
                              + 19.99 installation package

F3=Exit  F7=Next Selection    F13=Restart              F21=Print
```

$ 545.71

COSTCO WHOLESALE
CAGUAS, P.R.
Información y precios válidos
sólo para [illegible]

[signature] 3/15/21

WHSE 365-TIRE SHOP MGR



| | |
|---|---|
| ATH MOVIL 6442<br>15 DE MARZO DE 2021 | $12.00 |
| DEPT DE HACIENDA REINTEGROS<br>15 DE MARZO DE 2021 | $760.00 |
| ATH MOVIL 3905<br>15 DE MARZO DE 2021 | -$15.60 |
| ECONO PLAZA DEL CARMEN<br>15 DE MARZO DE 2021 | -$8.53 |