United States Bankruptcy Court
District of Puerto Rico

In re:  Case No. 19-01940-ESL
JACQUELINE CONTES SANTIAGO  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 1
Date Rcvd: Jun 10, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4715540 | Email/Text: bkrgeneric@penfed.org | Jun 10 2021 18:37:00 | Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

JAIME RUIZ SALDANA
     on behalf of Creditor ORIENTAL BANK CCU JRUIZ@JRSLAWPR.COM rasanchez@orientalbank.com

JOSE RAMON CARRION MORALES
     newecfmail@ch13-pr.com

MARIA MERCEDES BENABE RIVERA
     on behalf of Creditor MONEY EXPRESS fblegalcounseling@firstbankpr.com

MONSITA LECAROZ ARRIBAS
     ustpregion21.hr.ecf@usdoj.gov

ROBERTO FIGUEROA CARRASQUILLO
     on behalf of Debtor JACQUELINE CONTES SANTIAGO rfc@rfigueroalaw.com G9942@notify.cincompass.com

WALLACE VAZQUEZ SANABRIA
     on behalf of Creditor ORIENTAL BANK wvslawllc@gmail.com

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 19-01940-ESL13
Chapter 13

In re: Debtor(s) (including Name and Address)

JACQUELINE CONTES SANTIAGO
VILLA DEL REY 5 A11 28 STREET
CAGUAS PR 00727

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/21

MARIA DE LOS ANGELES GONZALEZ, ESQ.
**CLERK OF THE COURT**