IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 19-01940 ESL |
| JACQUELINE CONTES SANTIAGO | CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S REPLY TO *TRUSTEE'S UNFAVORABLE REPORT ON POST CONFIRMATION MODIFIED PLAN* DOCKET NO. 65 and IN COMPLIANCE WITH *ORDER* DOCKET NO. 66

TO THE HONORABLE COURT:

**COMES NOW, JAQUELINE CONTES SANTIAGO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** The Debtor's proposed post-confirmation modified Plan Dated 3/15/2022, Docket No. 63 has been unfavorably recommended by the Chapter 13 Trustee as per *Trustee's Objection to Proposed Post Confirmation Plan Modification Under Section 1329*, Docket No. 65, in the above captioned case.

**2.** On March 23, 2022, this Honorable Court issued an *ORDER* (Docket No. 66), whereby the Debtor is ordered to reply to the Trustee's unfavorable report within fourteen (14) days, in the above captioned case.

**3.** The Trustee's unfavorable report regarding the Debtor's post-confirmation modified Plan Dated 3/15/2022, Docket No. 63, states the following reasons for the Trustee's objection as follows:

> "1325(b)(1)(B) Projected Disposable Income - ...
> Unreasonable or unwarranted expenses.
> Debtor received on 2020 a refund in the amount of $760.00 the same has not been tendered to the plan." *Trustee's Objection to Proposed Post Confirmation Plan Modification Under Section 1329,* at page 1, Docket No. 65.

**4.** That the Debtor respectfully states that the Debtor requested Court authorization prior to the use of the funds from the 2020 tax refund (Docket No. 43), the Trustee did not oppose (Docket No. 44) and the Court granted the Debtor's request as per *ORDER Granting Unopposed Motion*, Docket No. 45, in the above captioned case. Attached is copy of the *Trustee's Position Regarding Motion requesting order RE Authorization to Use*

*Funds From 2020 Tax Refund*, Docket No. 44, whereby the Chapter 13 Trustee states that he has no opposition to the Debtor's request to use the funds from the Debtor's 2020 tax refund.

**5.** The Debtor hereby respectfully replies to the Trustee's unfavorable report regarding the Debtor's post-confirmation modified Plan Dated 3/15/2022, Docket No. 63, in the above captioned case.

**WHEREFORE**, the Debtor respectfully prays that for the above stated reasons, the Court grant the present reply and deny the Trustee's unfavorable report regarding the Debtor's post-confirmation modified Plan Dated 3/15/2022, Docket No. 63, in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and I also certify that I have mailed by United States Postal Service copy of this motion to the following CM/ECF non-participant: the Debtor, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of March, 2022.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699; 787-963-7699
EMAIL: rfc@rfigueroalaw.com

IN RE:
JACQUELINE CONTES SANTIAGO

DEBTOR (S)

CASE NO. 19-01940-ESL

CHAPTER 13

Trustee's Position
Regarding Motion requesting entry of order RE Authorization To Use Funds From 2020 Tax Refund

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Trustee has no opposition to:
Motion requesting entry of order RE Authorization To Use Funds From 2020 Tax Refund.(Docket # 43 ).

WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Monday, March 22, 2021.

/s/ Juliel Perez -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550