# IN THE UNITED STATES BANKRUPTCY COURT
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JACQUELINE CONTES SANTIAGO**<br>**aka JACKELINE CONTES SANTIAGO**<br><br>**xxx–xx–5035**<br><br>Debtor(s) | Case No. **19–01940 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 4/11/22 |

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 3/15/22 (docket entry #63). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, April 11, 2022 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge